MN-305



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: Brent Hagen and Michele Hagen
Chapter 7 Case No. 10-31059

Please Check One:
☐ Unclaimed Dividends
☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| U.S. Bank N.A.<br>PO Box 5229<br>Cincinnati, OH 45201 | 11 | 181.17 | 1.05 |

Date: March 10, 2011

_____
Trustee

